from moorish american consulate at and for Yahudah Washitaw of East Terra

| | | |
|---|---|---|
| Shawn Demetrius Singletary | ) | |
| aka yahchanan shawn isra el | ) | |
| RECEIVED | ) | writ of mandamus |
| DEC 0 7 2020 | ) | rogatory default judgement |
| Vs  PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC | ) | 7:20-CV-240-D |
| THE STATE OF NORTH CAROLINA | ) | |

et alias

In rem: CUMBERLAND COUNTY COURT file record number: 19CRS704240

In the interest of justice the U.S. District Court for the Eastern District of North Carolina shall compliment the order decree demands of the Moorish American consulate with rogatory default judgement.

a board is continuous racketeering of DMV and State actors coercing and forcing with violence and fraudulent conveyance of language registration and licensing of not commercial public into commercial vehicle status; and blatant disregard for ab original government, treaty and commercial law.

Jurisdiction:

Jurisdiction is appointed via ab original allodial express trust to the U.S. District Court for the Eastern District of North Carolina to execute rogatory default judgement.

first original documents written in capitis deminutio nolo in red; second original documents written in black for ease of    1
electronic photography. moorish american consulate at and for yahudah washitaw east terra  *writ of mandamus rogatory default judgement.* macyw001260120.

Case 7:20-cv-00240-D     Document 5     Filed 12/21/20     Page 1 of 15

stare decisis law:

treaty of peace and friendship 1787 article 20

how disputes shall be settled

If any of the citizens of the united States, or any persons under their protection, shall have any dispute with a Moor, the Consul shall decide between the parties, and whenever the Consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

see elliot v. peirsol, 26U.S. 328, 340 (1828), "("*Courts are constituted by authority and they cannot act beyond the power delegated to them. If a court acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification and all persons concerned in executing such judgments, or sentences are considered, in law, as trespassers.*")

Discussion and Relief:

this ab original allodial rogatory default judgement shall not be dismissed or circumvented by statute: all said court officials are bond by trust and oath to abide by and support the constitution and it's treaties., supremacy clause of law, Article VI, constitution for the United States 1787; allegiances, pledges, orders, actions and deeds otherwise not withstanding constitutes treason.

as adjudication and promulgation has commenced with the ab original world Marshal service, this court shall converse in conjunction with the ab original world Marshal General Belton in matters of implementation and promulgation of this ab original allodial rogatory default judgement.

Conclusion:

the defendant, THE STATE OF NORTH CAROLINA et alias... averment jurisdiction, quo warranto via letter or court appearance has failed answer or

first original documents written in capitis deminutio nolo in red; second original documents written in black for ease of    2
electronic photography. moorish american consulate at and for yahudah washitaw east terra  *writ of mandamus rogatory default judgement.* macyw001260120.

Case 7:20-cv-00240-D    Document 5    Filed 12/21/20    Page 2 of 15

appearance; by acquiesces the defendant admits the CUMBERLAND COUNTY COURTS and DMV have not jurisdiction to adjudicate or administrate in matters of ab originals travel and their lands.

**moorish american consulate**

at and for

yahudah washitaw of east terra

I Am: *yahchanan israel*

yahchanan shawn israel

**Consul/Judge/Vizir/Minister:** A Free Sovereign Moorish American National, Moorish National Republic; In Propria Persona,

Sui Juris, and Sui Hæredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'

'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.

12-7-20/*anita cavanough israel* Clerk

anita cavanough israel

**Minister:** A Free Sovereign Moorish American National, Moorish National Republic; In Propria Persona,

Sui Juris, and Sui Hæredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'

'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.




first original documents written in capitis deminutio nolo in red; second original documents written in black for ease of 3 electronic photography. moorish american consulate at and for yahudah washitaw east terra *writ of mandamus rogatory default judgement.* macyw001260120.

## Inter Alia Imperium

**_..you are not to set over yourselves a foreigner who is not one of your brothers._**

*Deuteronomy 17:15*

*..and keep the charge of the tabernacle of the congregation, for all the service of the tabernacle*

*and a stranger shall not come nigh unto you.*

*Numbers 18:4*

**INTERNATIONALLY: DECLARATION WE DECLARE OURSELVES IN OUR LAND TO BE A SOVEREIGN NATION IMPERIAL IN THE DIVINE RIGHTS FROM OUR CREATOR WHO SET US HERE TO RULE OURSELVES,..**

**WASHITAW CONSTITUTION**

**UCc § 1-304. Obligation of Good Faith:**

*Every contract or duty within the Uniform Commercial Code imposes an obligation of good faith in its performance and enforcement.*

*B. Failure for any person, group, association, entity, or government to comply with Codes I – IV; or*

*Acts of violence or destruction by any person, group, association, corporation, entity, or government to preempt the return of the lands, property and structures thereof in Codes I – IV, shall constitute violation of Empire Washitaw de Dugdahmoundyah and Washitaw province law and shall be fined and subjected to criminal sentencing of life imprisonment.* **Yahudah Washitaw PrCode 325.**

**Article 27**

**States shall establish and implement, in conjunction with indigenous**

**peoples concerned, a fair, independent, impartial, open and**

first original documents written in capitis deminutio nolo in red; second original documents written in black for ease of electronic photography. moorish american consulate at and for yahudah washitaw east terra *writ of mandamus rogatory default judgement.* macyw001260120.    4

Case 7:20-cv-00240-D    Document 5    Filed 12/21/20    Page 4 of 15

*transparent process, giving due recognition to indigenous peoples' laws, traditions, customs and land tenure systems, to recognize and adjudicate the rights of indigenous peoples pertaining to their lands, territories and resources, including those which were traditionally owned or otherwise occupied or used. Indigenous peoples shall have the right to participate in this process.*

**United Nations Declaration on the Rights of Indigenous Peoples Treaty 2006 – 2007**

**Title 18 USC, Section §1918** "Disloyalty and asserting the right to strike against the government"

Whoever violates the provision of 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—

(1) advocates the overthrow of our constitutional form of government; (2) is a member of an organization that he knows advocates the overthrow of our constitutional form of government;

shall be fined under this title or imprisoned not more than one year and a day, or both. and also deprives claimants of "honest services:

Title 18, Section §1346. Definition of "scheme or artifice to defraud"

"For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.

MUNICIPAL, COUNTY, or STATE COURTS lack jurisdiction to hear any case since they fall under the definition of FOREIGN STATE, and under all related definitions below. Said jurisdiction lies with the "district court of the United States," established by Congress in the states under Article III of the

first original documents written in capitis deminutio nolo in red; second original documents written in black for ease of electronic photography. moorish american consulate at and for yahudah washitaw east terra *writ of mandamus rogatory default judgement.* macyw001260120.

5

Case 7:20-cv-00240-D    Document 5    Filed 12/21/20    Page 5 of 15

*Constitution, which are "constitutional courts" and do not include the territorial courts created under Article IV, Section 3, Clause 2, which are "legislative" courts. Hornbuckle v. Toombs, 85 U.S. 648, 21 L.Ed. 966 (1873), (See Title 28 USC, Rule 1101), exclusively, under the FSIA Statutes pursuant to 28 USC §1330.*

*House Resolution 280*

*The STATE OF NORTH CAROLINA has not jurisdiction in civil or criminal matters pertaining to ab originals.*

*Fraud is committed when ab originals are forced into commercial driving status while conveying in a not commercial intent.* **NH HB507 - 2019 Session Non-Commercial License Fraud**

**Supporting Documents**: *visit the following links:*

*http://www.trueshalom.com/default-judgement-in-case-macyw001260120/*

*http://www.trueshalom.com/judgement-macyw001260120/*

*http://www.trueshalom.com/wp-content/uploads/2020/06/Affidavit-Writ-of-Discovery-1-travel-001.jpg*

*http://www.trueshalom.com/writ-of-discovery-2-yw1260120/*

*http://www.trueshalom.com/dmv-default-and-estoppel/*

*this document, writ of mandamus rogatory default judgement at:*

*www.TrueShalom.com/yahudah-washitaw-east-terra-indians/land-petition/public-records-yahudah-washitaw-east-terra/*

first original documents written in capitis deminutio nolo in red; second original documents written in black for ease of electronic photography. moorish american consulate at and for yahudah washitaw east terra *writ of mandamus rogatory default judgement.* macyw001260120.   6

Case 7:20-cv-00240-D   Document 5   Filed 12/21/20   Page 6 of 15

## Certificate of Service

i hereby certify that on <u>7th</u> Day December Month, 2020 a copy of this

Writ of mandamus rogatory default judgement

was emailed or mailed certified mail to:

ab original Grand Marshal General Lamonte D Belton

aboriginalconsularcourt@gmail.com

North Carolina Attorney General

114 West Edenton Street
Raleigh, NC 27603

Provost Marshal Kevin Vereen

Russell knox Building 27130

Telegraph Road, Quantico Va 22134-2253

Cumberland County Superior Court

117 Dick Street

Fayetteville, North Carolina 28301

i am *anita cavanough isra el*

*anita cavanough isra el*

A Free and Sovereign Moorish American National, In Propria Persona, Sui Juris, and Sui Hæredes,

In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'

'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.




Clerk

first original documents
electronic photography. moorish american consulate at and for yahudah washitaw east terra *writ of mandamus rogatory default judgement*. macyw001260120.

  

# Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### ~ 'Temple of the Moon and Sun' ~
### The True and De jure Natural Peoples ~ Heirs of the Land
### ~ I.S.L.A.M. ~

## AFFIDAVIT OF APPOINTMENT OF FIDUCIARY TRUSTEE

I yahchanan shawn isra el **aka SHAWN DEMETRIUS SINGLETARY** _ am a Washitaw Muur American National. We are the original indigenous sovereign natural divine Moorish American Nationals who are the Moorish National Republic Federal Government and the Moorish American Consulate. We are in Propria persona sui juris, in Proprio solo, and in Proprio heredes at all times. We are decedens spiritum returned alive and the descendants of the ancient Mound Builders, great Pharaohs of Kemet and of the ancient Moabites and Canaanites. We are the ministers, creditors, executors, claimants, trustees, beneficiaries, and heirs of our own vast estate. We hereby express our ancient sovereign universal Trust as we are in the jurisdiction of our ancestral inherited estate at this time and at all points in time. We have declared and proclaimed peace on our land at all times and we are exercising all of our sovereign rights at this time and at all points in time.

I yahchanan shawn isra el do lawfully appoint Senior United States District Judge W. Earl Britt, District Judge James C. Dever III and ab original Grand Marshal General Lamonte Belton as Fiduciary to execute rogatory default judgement and promulgation for the **moorish american consulate court** default judgement case no. macyw001260120. This does not change status of life or change of jurisdiction; this does not curtail or exempt the **moorish american consulate court** or the ab original yahchanan shawn israel from unalienable liberties exercised or reserved to remedy violations of liberties protected.

I Am: _yahben shwn israel ss_
A Free and Sovereign Moorish American National, In Propria Persona, Sui Juris, and Sui Hæredes,
In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.

Witness: _anita cavanough isra el_
A Free and Sovereign Moorish American National, In Propria Persona, Sui Juris, and Sui Hæredes,
In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.

Seal

I Am: _yahchashy israels_  12/7/20
Vizier / Minister / Consul: A Free Sovereign Moorish American National, Moorish National Republic; In Propria Persona, Sui Juris, and Sui Hæredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.



  

## Moorish National Republic Federal Government
~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / 'The North Gate'
~ 'Temple of the Moon and Sun' ~
The True and De jure Natural Peoples ~ Heirs of the Land
~ I.S.L.A.M. ~

In Rem 'Allodial Aboriginal Paramount Clear Perfect Title'
c/o 5148 Silver Spoon Road, Whiteville Territory, North Carolina, Zip Exempt [28472]

(Non-Residential, Non-Domestic, Non-Subject)

# Express Trust macyw001260120
## Declaration of Trust

## Universal Private Trust

AVOWAL AS AMENDED - CURATIVE AFFIDAVIT:
"Express Trust macyw001260120"
INTERNATIONAL ORGANIZATION: ECCLESIASTICAL BODY

Established Nunc Pro Tunc

## Indenture:

**THIS INDENTURE** ('Agreement') made this 7th day of December 2020 shall serve as a *'Declaration of Express Trust'*. This *'Agreement'* is solemnly - affirmed between **Yahchanan Shawn Isra El,** herein known as the Settlor, and party of the *first part*,

And Trustee : District Judge James C. Dever III, Senior United States District Judge W. Earl Brit, and ab original Grand Marshal General Lamonte Belton.

And Yahchanan Shawn Isra El, herein known as the **'First Trustee'** or **'Trustee'**, party of the *second part*, under the name, **"Express Trust macyw001260120"**.

With this *'Agreement'*, the parties intend to create a **'Pure Trust Organization'** for the benefit, advantage, and favor bestowed of the **'Trust Certificate Unit Holders'**; and to identify righteous judgement to make free always; and to identify, to accumulate, to purchase and to hold any *'Assets'* or *'Hereditaments'* that become available; and with honor and with prudence, to provide for a censorious administration and distribution system for the immediate rogatory default judgement of the **moorish american consulate court** default judgement in case number. macyw001260120.

Trust Number: _____ Book: _____ Page: _____ Lot: _____ Block: _____ .

𝔗𝔯𝔲𝔰𝔱𝔬𝔯 𝔞𝔫𝔡 ℌ𝔢𝔦𝔯 - 𝔈𝔵𝔢𝔠𝔲𝔱𝔦𝔳𝔢 𝔅𝔢𝔫𝔢𝔣𝔦𝔠𝔦𝔞𝔯𝔶: Yahchanan Shawn Singletary Isra El, *and Yahudah Washitaw of East Terra Moors/Muurs, and all Moors/Muurs at Northwest Amexem, North America, Northwest Africa, The North Gate, Turtle Island.*, [In Propria Persona, Sui Juris, and Sui Hæredes, In Solo Proprio] [Trustor; Curator; Allodial Proprietor; Jus Corporeal Hereditaments; Pro Possessore] Vessel of the Moroccan Empire - Nation State; Moorish American National; 'Free White Person'; and Reversioner, Northwest Amexem / Northwest Africa / North America / 'The North Gate' / 'Turtle Island'.

𝔄𝔩𝔩 '𝔑𝔦𝔤𝔥𝔱𝔰 𝔬𝔣 ℭ𝔩𝔞𝔦𝔪𝔰' are, in fact, conjoined to *'Allodial Aboriginal Paramount Clear Perfect Title';* by Hereditary Succession; *also, jus soli; and jus sanguine;* and includes Right of Claims to my 'Inheritance' – being the Ancestral Lands, Hereditaments, and Estates of the Moroccan Empire. My 'Right of Claim' has been, and is hereby made known to the *'general public'* and the same is also published to be made known to *'private persons';* – giving timely opportunity for any valid and verifiable rebuttal of the same. Conversely, the same shall apply to any 'Notice', affirmative objection, or verified 'claim' to the contrary of the 'Right of Claims' made herein.

ℭ𝔬𝔫𝔳𝔢𝔶𝔞𝔫𝔠𝔢𝔯 𝔞𝔫𝔡 𝔑𝔢𝔳𝔢𝔯𝔰𝔦𝔬𝔫𝔢𝔯: I, Yahchanan Shawn Isra El, do declare, proclaim, affirm, make known, and assert my Unalienable Rights and my Birthrights, via my 'In Full Life' Moorish – American National Status; - being of a [General & Permanent Character [Title 22 Chapter 2 Section 141]]. Furthermore, I stand in Heirship allegiance with, and in support of, the ancient *customs* and *traditions* of my ancient, archaic Fore-Mothers and Fore-Fathers, immemorially; *Asserting my Descendible Status Acquisition by Birthrights; being a 'Natural Heir'; Free-Holder by Birthrights; Natural Possession; Right of Allodial Aboriginal Paramount Clear Perfect Title; By Natural Descent, Consanguineous; Being Heir Executive to my private Estate, and standing in conjoined stewardship to the Ancestral Estate of the Moroccan Empire; Northwest Amexem / North America / Northwest Africa / 'The North Gate' / 'Turtle Island'.*

𝔇𝔢𝔠𝔯𝔢𝔢, 𝔍𝔲𝔡𝔤𝔢𝔪𝔢𝔫𝔱, 𝔇𝔢𝔪𝔞𝔫𝔡 / 𝔍𝔫 𝔗𝔞𝔫𝔡𝔢𝔪 𝔞𝔫𝔡 ℭ𝔬𝔫𝔳𝔢𝔶𝔞𝔫𝔠𝔢 𝔄𝔩𝔩𝔬𝔡𝔦𝔞𝔩 𝔓𝔲𝔯𝔢 𝔈𝔵𝔭𝔯𝔢𝔰𝔰 𝔗𝔯𝔲𝔰𝔱, macyw001260120 is hereby and herewith *Executed* this 7th Day of December, Two – Thousand and Twenty by:

𝔉𝔦𝔯𝔰𝔱 (1𝔰𝔱) 𝔓𝔞𝔯𝔱𝔶 𝔊𝔯𝔞𝔫𝔱𝔬𝔯: *YAHCHANAN SHAWN SINGLETARY ISRA EL* whose mailings and communications usage of the post office address displays c/o *P.O. Box 617, Chadbourn Territory, North Carolina, being [Non-Domestic, Non-Resident, Non Subject, and Zip Exempt [28431]].*

ℭ𝔬𝔫𝔳𝔢𝔶𝔢𝔡 𝔱𝔬: shawn singletary bright el shalom trust

𝔖𝔢𝔠𝔬𝔫𝔡 (2𝔫𝔡) 𝔓𝔞𝔯𝔱𝔶 𝔓𝔯𝔬𝔭𝔯𝔦𝔢𝔱𝔞𝔰 𝔓𝔩𝔢𝔫𝔞 𝔊𝔯𝔞𝔫𝔱𝔢𝔢: Vessel of the Moroccan Empire; International Private Trust; Curative Trustee: *"Express Trust macyw001260120" - International Organization*, Et Alius, whose 'Permanent National Domicile' is: *[c/o 5148 Silver Spoon Road, Whiteville Territory, North Carolina] Zip Exempt [28472]; Non-Domestic, Non-Resident, Non-Subject*; Geographically located at Northwest Amexem / Northwest Africa / North America / Al-Moroc / 'The North Gate' / 'Turtle Island'.

(3𝔯𝔡) ℌ𝔢𝔦𝔯 -𝔈𝔵𝔢𝔠𝔲𝔱𝔦𝔳𝔢 𝔅𝔢𝔫𝔢𝔣𝔦𝔠𝔦𝔞𝔯𝔶: *Yahchanan Shawn Singletary Isra El, and Yahudah Washitaw of East Terra, and all Moors/Muurs at Northwest Amexem, North America, Northwest Africa, The North Gate, Turtle Island* being affirmed, by Heirship Hereditament and by Freehold, asserts my Claim in Allodial Right of Possession / Recipient of Conveyance. Wherefore, I, Yahchanan Shawn Isra El, being Heir to the hereditaments and assets at Northwest Amexem/Northwest Africa/North/ North America/Al-Moroc/'The North Gate'/'Turtle Island', by Birthright, by Freehold, by Primogeniture, and by Heirship Inheritance, stand with assured competence, and make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality, of Birthrights, and of Heirship Proclamation; 'Right of Claim'; Affirmation of Reversioner, and conjoined with Publication; - Herewith made known and Published for the *'Public Record'* and displayed for *'Private Notification'*.

𝔉𝔦𝔯𝔰𝔱 (1𝔰𝔱) 𝔓𝔞𝔯𝔱𝔶 𝔊𝔯𝔞𝔫𝔱𝔬𝔯:
*Authorized Representative: Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio.*
*Signature – All Rights Reserved U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103: -Yahchanan Shawn Isra El*

𝔖𝔢𝔠𝔬𝔫𝔡 (2𝔫𝔡) 𝔓𝔞𝔯𝔱𝔶 𝔊𝔯𝔞𝔫𝔱𝔢𝔢 / 𝔅𝔢𝔫𝔢𝔣𝔦𝔠𝔦𝔞𝔯𝔶:
*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. Signature – All Rights Reserved U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -Yahchanan Shawn Singletary Isra El*

*THUMB PRINT:*

ℭ𝔬𝔫𝔰𝔦𝔡𝔢𝔯𝔞𝔱𝔦𝔬𝔫:
*WITNESSETH, That the said First (1st) Party Grantor, Heir by Natural Decent; Proprietas for good consideration and for the sum of One Dollar $1.00 in Silver Coin Specie; bartered, traded, and paid by the said Second (2nd) Party*

*Grantee, Beneficiary; Cestui Que Trust: the receipt whereof is hereby acknowledged; therefore the First (1st) Party Grantor does hereby, remise, release and convey 'Allodial Aboriginal Paramount Clear Perfect Title of Possession' unto the said Second (2nd) Party, "Express Trust macyw001260120" - International Organization Vessel of the Moroccan Empire, Curator, Trustee; Beneficiary; Cestui Que Trust, et alii for the benefit of all beneficiaries with lawful recorded interest in the Private Property / Estate / Hereditaments, forever; all the Rights, 'Allodial Aboriginal Paramount Clear Perfect Title', Hereditaments; interests and claims which the said First (1st) Party transmutes, - being Natural Heir; In Natural Possession to Estate.*

## Inter Alia Imperium

**TITLE 18 USC § 473:** *DEALING IN COUNTERFEIT OBLIGATIONS OR SECURITIES:* "WHOEVER BUYS, SELLS, EXCHANGES, TRANSFERS, RECEIVES, OR DELIVERS ANY FALSE, FORGED, COUNTERFEITED, OR ALTERED OBLIGATION OR OTHER SECURITY OF THE UNITED STATES, WITH THE INTENT THAT THE SAME BE PASSED, PUBLISHED, OR USED AS TRUE AND GENUINE, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN 20 YEARS, OR BOTH." *FEDERAL COURT CASE KOLOVRAT V. OREGON, 366 U.S. 187 (1961) AS SET FORTH IN FEDERAL COURT CASE KOLOVRAT V. OREGON, 366 U.S. 187, 81 S. CT. 922, 6 L. ED. 2D 218 (1961).*

*HOUSE RESOLUTION 331 1988*
*Whereas this trust responsibility calls for Congress to "exercise the utmost good faith in dealings with Indians" as provided for in the Northwest Ordinance of 1787, (1 Stat. 50); Whereas the judicial system of the United States has consistently recognized and reaffirmed this special relationship: Now, therefore, be it Resolved by the House of Representatives (the Senate concurring), that...     (2) the Congress also hereby reaffirms the constitutionally recognized government-to-government relationship with Indian tribes which has been the cornerstone of this Nation's official Indian policy;.*

UNITED NATIONS DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLE TREATY ARTICLE 4: Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

UNITED NATIONS DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLE TREATY ARTICLE 18: Indigenous peoples have the right to participate in decision-making in matters which would affect their rights, through representatives chosen by themselves in accordance with their own procedures, as well as to maintain and develop their own indigenous decision making institutions.

UNITED NATIONS DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLE TREATY ARTICLE 19: States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them.

*"A STATE CANNOT REFUSE TO ACKNOWLEDGE OR GIVE "FOREIGN NATIONALS" THEIR TREATY RIGHTS BECAUSE OF FEAR THAT VALID INTERNATIONAL AGREEMENTS MAY POSSIBLY NOT WORK COMPLETELY TO THE SATISFACTION OF STATE AUTHORITIES."*

CANON OF POSITIVE LAW - ARTICLE 84 – TRUST - CANON 1920 states and avers:
*"ANY CLAIM THAT AN INFERIOR ROMAN TRUST POSSESSES SUPERIOR STANDING AND RIGHTS OF OWNERSHIP COMPARED TO A SUPERIOR TRUST, OR TRUE TRUST IS AN ABSURDITY AGAINST DIVINE LAW, NATURAL LAW AND POSITIVE LAW AND THEREFORE IS NULL AND VOID FROM THE BEGINNING, INCLUDING ANY ASSOCIATED COVENANTS, DEEDS AND AGREEMENTS CONCERNING PROPERTY RIGHTS AND LESSER TRUSTS."*

CANON OF POSITIVE LAW - ARTICLE 85 - DIVINE TRUST - CANON 1930 states and avers:
*"ANY CLAIMED OWNERSHIP, CONVEYANCE, LIEN, OR OTHER FICTIONAL DEVICE OVER ANY FORM WITHIN A DIVINE TRUST THAT ARE NOT IN ACCORDANCE WITH THESE CANONS IS A FRAUD AND GROSS INJURY TO THE DIVINE CREATOR AND THEREFORE AUTOMATICALLY NULL AND VOID FROM THE BEGINNING."*

CANON OF POSITIVE LAW – ARTICLE 62-FRAUD – CANON 1752 states and avers:
*"FRAUD IS THE FALSE REPRESENTATION OF FORM TO OBTAIN AN UNJUST ADVANTAGE OR TO INJURE THE RIGHTS OF ANOTHER."*

CANON OF POSITIVE LAW – ARTICLE 62 - FRAUD – CANON 1754 states and avers:
*"FRAUD AND JUSTICE CAN NEVER DWELL TOGETHER. BY NO AGREEMENT OR STATUTE CAN IT BE LAWFULLY EFFECTED THAT A FRAUD SHALL BE PRACTICED."*

*IN WITNESS WHEREOF, The said (1st) first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered and witnessed in the presence of:*



**Second (2nd) Party Grantee / Beneficiary:**
*Authorized Representative Moorish American, National, Natural Free- Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. Signature – All Rights Reserved U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103:-Reversioner: -Yahchanan Shawn Isra El.*

*THUMB PRINTS:*

*'Allodial Aboriginal Paramount Clear Perfect 'Assets' or 'Hereditaments' Conveyance'.*

**Reversion of Estate and Hereditaments**  **Notice to Eleemosynary**



*Foreign Corporate Entities, Personnel, Agencies and Persons:*
*The **COMMONWEALTH OF PENNSYLVANIA, COUNTY** of **PHILADELPHIA** and the associated **DEMOCRACY 'STATES OF'**... are foreign corporate entities, and franchisees of the' United States Corporation Company', a colorably – converted, and foreign entity whose sovereign capacity has been executed and 'dissolved' since March 9th, 1933; Reference: Emergency Banking Relief Act.*

*Therefore, all public notaries are mere avowals to the Superior Status of the Moorish American Nationals / Heirs and Natural Peoples of the Land herein attributed. This informational intercourse shall not be deemed as, nor assumed as a reflection of, nor a notion of, subjective to or being an admittance to the foreign, private, for - profit jurisdiction of **THE COMMONWEALTH OF PENNSYLVANIA**. In the matters of Jurisdiction, all Personal, 'In Personum' 'Subject Matter' and 'Territorial Jurisdictions' and 'Reversion of Estates' are retained with the Moroccan Empire, - Moorish National Republic Federal Government and its Nationals.*

 

I Am: _[signature] ali belum shu israel_
A Free and Sovereign Moorish American National, In Propria Persona, Sui Juris, and Sui Hæredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.

Witness: _anita cavanough israel_
A Free and Sovereign Moorish American National, In Propria Persona, Sui Juris, and Sui Hæredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.

Witness: _____
A Free and Sovereign Moorish American National, In Propria Persona, Sui Juris, and Sui Hæredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.



*Seal*

I Am: _[signature]_
Judge/ Minister / Consul: A Free Sovereign Moorish American National, Moorish National Republic; In Propria Persona, Sui Juris, and Sui Hæredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
'Temple of the Moon and Sun': All Rights Reserved; U.C.C. 1-207; U.C.C. 1-303; U.C.C. 1-103.

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate' - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject – Moors / Muurs - Being the Rightful Heirs and Birthright - Inheritors of the Land.

   

## moorish national republic federal government
### ~ societas republicae ea al maurikanos ~
### moorish divine and national movement of the world
northwest amexem / northwest africa / north america / 'the north gate'
~ 'temple of the moon and sun' ~
the true and de jure natural peoples ~ heirs of the land
~ I.S.L.A.M ~

### moorish american consulate court
middle district, yahudah washitaw province, empire washitaw de dugdahmoundyah 6:30 p.m. 11/17/20

adjudication case No. MACYW001260120

| | |
|---|---|
| Singletary, Shawn Demetrius ) | Default Judgment and Order Decree Demand |
| Vs. ) | |
| THE STATE OF NORTH CAROLINA ) | |
| Judge Ames, et alia... Fictitious Foreign State ) | |
| Plaintif | |

Adjudication Case No. MACYW001260120 reaffirmed

com ba honorable Muriel Montia El to declared that the following cases are hereby dismissed and deleted from all court proceeding in The State of North Carolina Cumberland County. in compliance with adjudication Case No. MACYW001260120 and trusts all bonds, arrest warrants, rulings and subsequent cases (as such 20CR051029) of the 'State actors' and The State of North Carolina and Cumberland County Courts are not lawful, in violation of UCc , ab original, and international law; and via writs of discovery the 'State actors' and The State of North Carolina and Cumberland County Courts have defaulted in proving jurisdiction; and Department of Motor Vehicle has defaulted by acquiescence .

it is also demanded that the marshal service and ab original marshal service promulgation the demands of the breached trust in tandem with this adjudication which re affirms the adjudication.

Cases: 819G785, 5392G06, 5392G05, 0118G84, 0118G83, 19CVM 11300, 19CRS704240, and 20CR051029

Judgment, promulgation and liens and writs are founded at the following links:
Moorish American Consulate
Middle District at Yahudah Washitaw East Terra Province
North Gate/North West Africa/North Amexem/America
Empire Washitaw de Dugdahmoundyah
Judgment :MACYW001260120

http://www.trueshalom.com/judgement-mac...001260120/

http://www.trueshalom.com/?p=2823&preview=true

http://www.trueshalom.com/notice-of-breach-of-trust-yw1260120/

http://www.trueshalom.com/ucc-lien-affidavit-document-939331120/

http://www.trueshalom.com/writ-of-discovery-yw1260120/

http://www.trueshalom.com/writ-of-discovery-2-yw1260120/

http://www.trueshalom.com/wp-content/uploads/2020/07/Public-Notice-filing-Travel-judgment.pdf

See also mcLaune Knopp *et.*

www.TrueShalom.com/yahudah-washitaw-east-terra-indians/land-petition/public-records-yahudah-washitaw-east-terra/

I am: _Minuel Thenté El_  _11-17-2020_

consul/vizir/ judge
moorish american national. northwest amexem
autograph – all rights exercised at all times
northwest amexem – northwest africa – north america – the north gate

I am: _Anita Cavanaugh-israel_  _11-17-2020_

moorish american national. northwest amexem
autograph – all rights exercised at all times
northwest amexem – northwest africa – north america – the north gate

To
Lisa Scales d/b/a Administrative Clerk STATE COURT OF CUMBERLAND COUNTY
117 Dick Street
Fayetteville, North Carolina [Near 28301] certified mail and email.

Moorish American Consulate
Middle District at Yahudah Washitaw East Terra Province
North Gate/North West Africa/North Amexem/America
Empire Washitaw de Dugdahmoundyah
Judgment :MACYW001260120

Executive Administrator STATE COURT OF CUMBERLAND COUNTY
and Chief Administrator STATE COURT OF CUMBERLAND COUNTY
117 Dick Street
Fayetteville, North Carolina [Near 28301]
certified mail and email.

Certificate of Service

i hereby certify that on 19th Day November Month, 2020 a copy of this

Default Judgment and Order Decree Demand

was mailed certified mail no. 7016 2017 0000 4219 4739 to

CUMBERLAND COUNTY SUPERIOR COURT

117 Dick Street

Fayetteville, North Carolina [28301]

cc. ab original marshal service

and

United States Marshal Service

i am *anita cavanough isia el*
anita cavanough isia el
A Free and Sovereign Moorish American National, In Propria Persona, Sui Juris, and Sui Heredes,
In Sola Propria Northwest Amexem, Northwest Africa, North America, "The North Gate"
Temple of the Moon and Sun :: All Rights Reserved, I-I-I-C: I-207C, U-C-C: 1-308; I, C-C: I-103.

Clerk

Moorish American Consulate
Middle District at Yahudah Washitaw East Terra Province
North Gate/North West Africa/North Amexem/America
Empire Washitaw de Dugdahmoundyah
Judgment ;MACYW001260120