UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN DEMETRIUS SINGLETARY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF NORTH CAROLINA, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:20-CV-240-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the application to proceed in forma pauperis [D.E. 1] is ALLOWED. The clerk is DIRECTED to file the complaint [D.E. 1-1]. The complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on December 21, 2020, and Copies To:**

Shawn Demetrius Singletary          (Sent to P. O. Box 617 Chadbourn, NC 28431 via US Mail)

DATE:                               PETER A. MOORE, JR., CLERK

December 21, 2020                   (By) /s/ Nicole Sellers
                                    Deputy Clerk